CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKu
JAN 19 2010
JOHN F. CORCORAN, CLERK
BY: HMcOrao
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MELVIN CORNELL DODSON,
   Petitioner,

v.

COMMONWEALTH OF VIRGINIA,
   Respondent.

Civil Action No. 7:10-cv-00019

**FINAL ORDER**

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 19th day of January, 2010.

                                                  Senior United States District Judge